# United States Court of Appeals for the Fifth Circuit

---

No. 25-50245
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JESUS RODRIGUEZ DE LA CRUZ,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-2507-1

---

Before WIENER, STEWART, and RICHMAN, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Jesus Rodriguez De La Cruz has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez De La Cruz has filed responses. The record is not sufficiently developed for us to consider Rodriguez De La Cruz's claims of

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50245

ineffective assistance of counsel and prosecutorial misconduct; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 176-78 (5th Cir. 1984).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Rodriguez De La Cruz's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Rodriguez De La Cruz's motion for appointment of substitute counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998). All other pending motions are DENIED.